IN THE UNITED STATES DISTRICT COURT
NORTHERN DISTRICT OF FLORIDA
PANAMA CITY DIVISION

TRAVIS GIBSON,

    Petitioner,

v.                                    CASE NO. 5:12-cv-358-RS-EMT

MICHAEL D. CREWS,

    Respondent.
_____/

## ORDER

Before me is the Magistrate Judge's Report and Recommendation (Doc. 28). No objections have been filed.

**IT IS ORDERED:**

1. The Magistrate Judge's Report and Recommendation is approved and incorporated in this Order.

2. The Petition for Writ of Habeas Corpus (Doc. 1) is **DENIED**.

3. The certificate of appealability is denied because Petitioner did not make a substantial showing of the denial of a constitutional right.

4. The Clerk is directed to close the case.

**ORDERED** on December 30, 2013.

                                            /S/ Richard Smoak
                                            **RICHARD SMOAK**
                                            **UNITED STATES DISTRICT JUDGE**